IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JOEL NELSON TUCKER<br><br>Defendant | CRIMINAL NO. 7:21-cr -16<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(Possession of a Firearm by a Convicted Felon)

On or about October 16, 2019, in the Valdosta Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JOEL NELSON TUCKER,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, aided and abetted by others both known and unknown to the Grand Jury, did knowingly possess a firearm, that is, one (1) Charter Arms Bulldog .44 Special, revolver, Serial Number: 200951, said firearm having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and Title 18, United States Code, Section 2.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

_____
SONJA B. PROFIT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __12__ day of May, 2021.

_____
Deputy Clerk