**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No.: 7:21-CR-00016 (WLS-TQL) |
| | : | |
| JOEL NELSON TUCKER, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER**

The Court intends to notice this case for the February 2022 trial term. All Parties' counsel **shall** review the case, confer, and inform the Court no later than **Tuesday, December 21, 2021** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise this case will be noticed for a pretrial conference.

**SO ORDERED**, this 6th day of December 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1