## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

|                             |   |                                  |
|-----------------------------|---|----------------------------------|
| UNITED STATES OF AMERICA,   | : |                                  |
|                             | : |                                  |
| v.                          | : |                                  |
|                             | : | Case No.: 7:21-CR-00016 (WLS-TQL) |
|                             | : |                                  |
| JOEL NELSON TUCKER,         | : |                                  |
|                             | : |                                  |
|                             | : |                                  |
| Defendant.                  | : |                                  |
|                             | : |                                  |

## ORDER

Before the Court is Defendant's Motion to Continue filed on December 21, 2021. (Doc. 30.) Defendant states that additional time is needed to consider a plea agreement, and he asks that the trial in this case be continued to the May 2022 term. *Id.* Further, it appears to the Court that the Government does not oppose the requested continuance. *See* Doc. 29.

Based on the above-stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 30) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division May 2022 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 22nd day of December 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**